# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 6/12/2024)

**FILED**
02/28/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE **northen** DISTRICT OF **Indiana**

Demand for Jury Trial    ☑ Yes    ☐ No

(Full name of plaintiff(s))

**Troy Edward Dunagan JR**

v.

(Full name of defendant(s))

**Joesp Mann, Versailles police Department**
**Alexander Wilhelm, osgood police Deptment**
**William Waller Ripley county police Deptment**
**Dustin Bowling Ripley county police Deptment**    **See attached page**

Case Number:

4:25-cv-36-TWP-KMB

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **Indiana** (State), and is located at **210 North Monroe St. Versailles IN 47042** (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Complaint - 1

**SCANNED**

Shane A Tucker chief Deputy Prosecuting Attorney
Judge Ryan King  Ripley county Judge
John F. Dorenbush JR  my Attorny

B. Defendant  See attached form
   _____
   (Name)
is (if a person or private corporation) a citizen of  N/A
   _____
                                    (State, if known)
and (if a person) resides at  N/A
   _____
                            (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for  Versailles police dept. Osgood police dept. Ripley county police dept.
   _____
                (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

C. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I was visiting the resident of 622 S. High St. Versailles IN 47042 it was about 10:00 PM on July 1st when officer Joe Mann come into the resident and had his gun pointed at my face and said everyone on the ground. He did not have a search warnt with him at ths time. He then proceeded to pat me down and found nothing at all on me. A while later he had us outside and asked me some questions I plead the 5th. I was never told what my charges was so when I got to the jail I asked

Complaint - 2

Joe Mann, he rudeley said I already to you. I informed him he didn't so He told me then threatned me and said he would have them trumped up. I was origonly charged with a F6 posseton of meth BM for visiting a common Nuisance and BM for possessinon of Marjanna, overnight they were changed to FS possession of meth BM for visiting a common Nuisance and a CM for possetion of paraphernalia. I was not living at this place or getting mail there, I did not now what was going on there I was just visiting a freind. During the raid I'm not scure witch officer it was, while we was in handcuffs after being searched the girl grabbed my hand because she was scared, the officer grabbed me and slammed me into the desser and corner of the wall and slammed me back face down on the floor and searched my hand and found nothing.

I went to my arranment hearing and never

Complaint - 3

had a pretrial risk Assesment done on me. I was opponted a atterny Christpher Stephn he resigned to conflect of intrest due to where I was arrested. later I was opponted John Dorenbush. when I went to court Sept. 26th I told Dorenbush I wanted to go to trail he refused to tell the courts I wanted to and informed me I will be found gulty automaticaly. He just wants me to take a pleadeal. I also can not get him to do anything for me or come see me. I had a free consltation with Zack Anderson he told me that I should onlly be charged with a BM for visiting a common Nuisance, but I can not afford to hire him at this moment.

D.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $0.

E.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want my charges dismissed, I want new appointed counsel because my counsel only wants me to take a pleadeal that I am not willing to take.

Complaint - 4

Dated this 25th day of February 20 25.

Respectfully Submitted,

*Young Troy Dunagan*
Signature of Plaintiff

30248
Plaintiff's Prisoner ID Number

210 N. Monroe St.
Versailles IN 47042
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## F.  OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

*Young Troy Dunagan*
Signature of Plaintiff


## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[✓]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5

Troy Dunagan
210 N. Monroe St
Versailles IN 47042

**FILED**
FEB 28 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

INMATE MAIL
RIPLEY CO. JAIL

Clerk of Court
46 E. Ohio St
Indianapolis
IN 46204

CINCINNATI OH 450
26 FEB 2025 PM 5 L

USA FOREVER

INMATE MAIL
RIPLEY CO. JAIL

46204-199999